[No. 23282-7-I.   Division One.   October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL L. SMITH, *Appellant.*

*In the Matter of the Personal Restraint of* CARL L. SMITH, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00455-7, Stuart C. French, J., entered November 4, 1988, together with a petition for relief from personal restraint. Judgment *dismissed* and petition *denied* by unpublished per curiam opinion.

[No. 11945-5-II.   Division Two.   October 30, 1989.]

STANLEY G. GIMEL, *Respondent,* v. LEILANI JEAN GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-01224-2, Arthur W. Verharen, J., entered April 8, 1988. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Utter and Wieland, JJ. Pro Tem.

[No. 11885-8-II.   Division Two.   October 30, 1989.]

LISA M. RICHHOLT, *Appellant,* v. UNITED SERVICES AUTOMOBILE ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-01677-9, Nile E. Aubrey, J., entered March 18, 1988. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.